**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **STEVENS,** **Plaintiff,** -against- **KING CAPITAL NYC LLC,** **Defendant.** | : | **1:26-cv-2308** **ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

On July 21, 2026, the Clerk's Office entered a Certificate of Default Judgment. To date, Plaintiff has not moved for default judgment. The Plaintiff is ORDERED to move for default judgment by October 1, 2026, otherwise Plaintiff risks this case being dismissed for failure to prosecute.

**SO ORDERED.**

**Dated**: September 24, 2026
New York, New York

Andrew L. Carter Jr.

**ANDREW L. CARTER, JR.**
**United States District Judge**