MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: ____________________
DATE FILED: 10/2/26

October 1, 2026

Hon. Judge Andrew L. Carter, Jr
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312
Courtroom: 15C
ALCarterNYSDChambers@nysd.uscourts.gov

Re: Alexander Stevens v. King Capital NYC LLC
Case No. **1:26-cv-02308-ALC**
Letter Motion for Extension of Time to file Plaintiff's Motion for Default Final Judgment

Dear Judge Carter,

We represent Plaintiff Alexander Stevens ("Plaintiff") in the above-captioned action against King Capital NYC LLC ("Defendant"). Plaintiff submits this Letter Motion to request this Honorable Court to grant Plaintiff a forty-five (45) day extension of time to file his Motion for Default Final Judgment ("Motion"). Counsel for Plaintiff has been in the process of attempting to discuss the facts of the case with Plaintiff and has experienced an unexpected halt in communication with Plaintiff which has delayed the finalization of Plaintiff's Motion for Default Final Judgment. Plaintiff's Counsel will work expeditiously in the final preparations of the Motion.

This request is not made for the purpose of delay, nor will it prejudice either party. Should Your Honor need anything further, please do not hesitate to contact our office.

Respectfully submitted,

/s/ Zane C. Hedaya________
**ZANE C. HEDAYA, ESQ.**
New York Bar No.: 6135339
Email: zane@jibraellaw.com

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

10/2/26