MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: ____________
DATE FILED: 11/10/2026

**HEDAYA LAW, P.A.**

4830 West Kennedy Blvd, Suite 600 · Tampa, Florida 33609 · (813) 694-5152

November 5, 2026

Hon. Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: Alexander Stevens v. King Capital NYC LLC
Case No. 1:26-cv-02308-ALC
Second Letter Motion for Extension of Time to file Plaintiff's Motion for Default Final Judgment

Dear Judge Carter,

I represent Plaintiff Alexander Stevens ("Plaintiff") in the above-captioned action against King Capital NYC LLC ("Defendant"). Plaintiff submits this Letter Motion to request this Honorable Court grant Plaintiff a thirty (30) day extension of time to file his Motion for Default Final Judgment ("Motion"). This is Plaintiff's second request for an extension of this deadline.

On October 2, 2026, the Court granted Plaintiff's first request for an extension of time, extending Plaintiff's deadline to file the Motion by forty-five (45) days, from October 1, 2026 to November 15, 2026.

Since that extension was granted, the undersigned has departed The Law Offices of Jibrael S. Hindi, PLLC and has been attempting to confer with Plaintiff regarding who will continue representing him in this action going forward. Despite the undersigned's good faith efforts, Plaintiff has not yet been reached. Additional time is needed to resolve this issue and, to the extent the undersigned continues as Plaintiff's counsel, to finalize the Motion.

This request is not made for the purpose of delay, nor will it prejudice either party. Should Your Honor need anything further, please do not hesitate to contact my office.

Respectfully submitted,

/s/ Zane C. Hedaya
ZANE C. HEDAYA, ESQ.
New York Bar No.: 6135339
Email: zane.hedaya@hedayalaw.com

Extension GRANTED to December 15, 2026.
The Clerk of Court is respectfully directed to terminate pending letter motion at ECF No. 21.

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

November 10, 2026
New York, NY